# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-00233-01-CR-W-GAF |
| STEVEN TRAYLOR, | ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant's Motion to Suppress Evidence (Doc. #18). Defendant seeks to suppress all evidence and testimony obtained from the search of his vehicle.

On January 9, 2019, United States Magistrate John T. Maughmer conducted an evidentiary hearing. On March 7, 2019, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #28). Defendant filed his Objections to the Report and Recommendation (Doc. #31) on March 29, 2019 and the Government filed its Response to the Objections (Doc. #32) on March 29, 2019.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer. Accordingly, it is hereby

ORDERED that Defendant's Motion to Suppress Evidence (Doc. #18) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 1, 2019